

IN THE
TENTH COURT OF APPEALS

No. 10-14-00321-CV

IN THE INTEREST OF H.J.Y.S., A CHILD

From the 361st District Court
Brazos County, Texas
Trial Court No. 12-003150-CV-361

MEMORANDUM OPINION

Co-appellants, the Texas Department of Family and Protective Services and Frederica Antonia Yax-Sic, have both filed unopposed motions to dismiss their appeals in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of these appeals would not prevent the parties from seeking relief to which they would otherwise be entitled. The motions are granted, and the appeal is dismissed.[1]

AL SCOGGINS
Justice

---

[1] Furthermore, in light of our disposition, we withdraw our December 18, 2014 order referring this matter to mediation.

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motions granted; appeals dismissed
Opinion delivered and filed January 22, 2015
[CV06]

